IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30502
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DAVID BUSH,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 92-CR-60013
- - - - - - - - - -
December 27, 1995
Before GARWOOD, DUHE' and BARKSDALE,

PER CURIAM:*

    David Bush appeals the revocation of his supervised release

pursuant to 18 U.S.C. § 3583(e)(3) and the sentence he received

after such revocation.  We have reviewed the record and the

district court's reasons for rejecting Bush's challenges to the

revocation proceedings and find no reversible error.

    AFFIRMED.

---

    *    Local Rule 47.5 provides:  "The publication of opinions
that have no precedential value and merely decide particular
cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal
profession."  Pursuant to that Rule, the court has determined
that this opinion should not be published.